UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                              4:92cr4013-WS

PATRICIA CLARKE,                                                4:06cv29-WS

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1710) docketed June 28, 2006. The magistrate judge recommends that the defendant's "Motion to Eliminate Enhancements [and] Reduce Sentence" be summarily dismissed because authorization for filing a second or successive § 2255 motion has not been granted by the court of appeals. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1710) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's "Motion to Eliminate Enhancements [and] Reduce Sentence" (doc. 1690) is hereby summarily DISMISSED as authorization for filing a second or successive § 2255 motion has not been granted by the court of appeals.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:06cv29-WS.

DONE AND ORDERED this   3rd   day of   August  , 2006.


                                         s/ William Stafford
                                         WILLIAM STAFFORD
                                         SENIOR UNITED STATES DISTRICT JUDGE