IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.         4:92cr4013-WS

PATRICIA CLARKE,

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1763) docketed October 4, 2007. The magistrate judge recommends that the defendant's motion for relief from judgment (doc. 1746) be denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1763) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion for relief from judgment (doc. 1746) is hereby DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   13th   day of   November   , 2007.


                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE