IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:92cr4013-WS

PATRICIA CARLENE CLARKE,  4:13cv138-WS

Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 2063) docketed May 21, 2013. The magistrate judge recommends that the defendant's successive section 2255 motion be summarily dismissed. The defendant has filed objections (doc. 2066) to the report and recommendation.

Upon review of the record in light of the defendant's objections, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 2063) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's successive section 2255 motion (doc. 2062) is hereby summarily DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "All claims are summarily dismissed."

4. The clerk shall close Case No. 4:13cv138-WS.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this   6th   day of   June  , 2013.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE